IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD A. SORENSON | ) | No. C 12-6336 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| LINDA S. PERSONS, | ) | |
| Respondent. | ) | |

On February 25, 2013, Petitioner, a civil detainee proceeding *pro se*, filed a letter, commencing this action. That same day, the Court sent a notification to Petitioner, informing him that he did not file a petition, pay the filing fee, nor file a completed application to proceed in forma pauperis ("IFP"). The Court provided Petitioner with a blank petition, blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to file a petition, pay the filing fee, or file a completed IFP application with supporting documentation within twenty-eight days. As more than twenty-eight days have passed, and Petitioner has not filed a petition, paid the filing fee, or filed a completed IFP application, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: __4/15/13__

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Sorenson336disifp.wpd